**Order entered September 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00894-CV

### IN BEST INTEREST AND PROTECTION OF JOSE CAVAZOS

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1770006**

## ORDER

Before the Court is the September 13, 2018 request of court reporter Debi Harris for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 17, 2018**.

/s/    ADA BROWN
        JUSTICE